Gentle Lawrence McCOY, Appellant,

v.

HOWARD'S FURNITURE COMPANY, Inc., Appellee.

No. 20464.

United States Court of Appeals Fifth Circuit.

Oct. 25, 1963.

Robert Leroy Chipley, Jr., Atlanta, Ga., for appellant.

Before TUTTLE, Chief Judge and JONES and BELL, Circuit Judges.

PER CURIAM.

This appeal is from the judgment of the District Court sustaining an order of the Referee in Bankruptcy granting a reclamation petition under which possession of household furniture was sought. The title to the furniture was vested in the creditor under conditional sales contracts.

The errors asserted had the full attention of the District Court. The opinion of that court, reported under the name and style of McCoy v. Howard's Furniture Company, 1963, 222 F.Supp. 974, is full in all respects, and is adopted as the opinion of this court. It follows that there is no merit in the appeal, and that the judgment must be and is Affirmed.

AIR LINE PILOTS ASSN., et al., Appellants

v.

TRANS WORLD AIRLINES.

No. 17083.

United States Court of Appeals Eighth Circuit.

Oct. 9, 1963.

William J. Burrell, Edward E. Schmitt, Kansas City, Mo., and Henry Weiss, New York City, for appellants.

Dick H. Woods, Kansas City, Mo., and Harold L. Warner, Jr., New York City, for appellees.

PER CURIAM.

Appeal from District Court dismissed on stipulation of parties. D.C., 203 F. Supp. 438.

James A. BALLARD, Appellant,

v.

L. L. WAINWRIGHT, Director, Division of Corrections, State of Florida, Appellee.

No. 20351.

United States Court of Appeals Fifth Circuit.

Nov. 6, 1963.

James A. Ballard, Kissimmee, Fla., for appellant.

George R. Georgieff, Asst. Atty. Gen., State of Fla., Tallahassee, Fla., Richard W. Ervin, Atty. Gen., for appellee.

Before RIVES and JONES, Circuit Judges, and DAWKINS, District Judge.

PER CURIAM.

The appellant seeks reversal of a district court judgment by which he was denied relief upon a petition for habeas corpus from a conviction of a criminal offense in a Florida court. No violation of any federally protected right is shown. The judgment of the district court will be affirmed, without prejudice to the asserting of such, if any, right the appellant may have in a subsequent proceeding.

Affirmed.